THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WILLIAM FRANCO, Appellant.

Argued November 24, 1937; decided January 18, 1938.

*Charles F. Meehan* for appellant.

*Charles J. Ranney, District Attorney (Charles G. Maloy* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LEHMAN: LOUGHRAN and RIPPEY, JJ.